

## Your order has been received
1 message

---

**info@spicyvines.com** <info@spicyvines.com>                                Tue, Nov 29, 2022 at 2:48 PM
To: ▬



Ooh ▬, you have great taste in wine! Your order has been received by our team and will be processed shortly.

We know the anticipation is *real* to get your Spicy Vines. Once your order is processed, **we will email you a receipt with your UPS tracking number** so that you can count down the days until delivery.

Here's what you've ordered and if you have any questions, feel free to drop us a line at [Spicy Vines] info@spicyvines.com or call 707-927-1065.

Spicy Vines Order Confirmation #: ▬

This is not a receipt

| **Billing Address** | **Payment Method** |
|---|---|
| ▬<br>▬<br>Mason, MI 48854 | Card Type: ▬<br>Card #: XXXXXXXXXXX▬<br>Charged: $122.03 |

| **Shipping Address** | **Shipping Method** |
|---|---|
| ▬<br>▬<br>Mason, MI 48854 | Order Delivery By: UPS |

### ORDER DETAILS

| Item | Quantity | Unit Price | Price |
|---|---|---|---|
| 2018 Zin Master, Zinfandel, Dry Creek Valley | 1 | $48.00 | $48.00 |

**EXHIBIT 2**

**SUMMARY**

| | |
|---:|---:|
| Sub-Total | $48.00 |
| Discount (0.00%) | $0.00 |
| Sales Tax | $4.32 |
| Shipping & Handling | $69.71 |
| **Total** | **$122.03** |

*Spicy Vines*

441 Healdsburg Ave., Healdsburg, CA 95448
info@spicyvines.com
www.spicyvines.com
(707) 927-1065

**EXHIBIT 2**



# Your Spicy Vines will ship soon!
2 messages

---

**info@spicyvines.com** <info@spicyvines.com>  Tue, Nov 29, 2022 at 6:50 PM
To: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

*Spicy Vines*

Hey ▮▮▮▮▮ we've processed your order and will be shipping your wine via UPS shortly. Below is a copy of your receipt along with your **UPS tracking number** for your shipment.

Thank you for your support and we hope that you enjoy your latest selections of Spicy Vines!

Confirmation #: ▮▮▮▮▮▮▮

**Billing Address**

▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮
Mason, MI 48854

**Payment Method**

Card Type: ▮▮▮▮▮▮
Card #: XXXXXXXXXXXX▮▮▮▮
Charged: $122.03

**Shipping Address**

▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮
Mason, MI 48854

**Shipping Method**

Order Delivery By: UPS - Ground
Shipment Prepared On:

Click to Track your Shipment

### ORDER DETAILS

| Item | Quantity | Unit Price | Price |
|---|---|---|---|
| 2018 Zin Master, Zinfandel, Dry Creek Valley | 1 | $48.00 | $48.00 |

### SUMMARY

**EXHIBIT 2**

|  |  |
|---|---|
| Sub-Total | $48.00 |
| Discount (0.00%) | $0.00 |
| Sales Tax | $4.32 |
| Shipping & Handling | $69.71 |
| **Total** | **$122.03** |

*Spicy Vines*

441 Healdsburg Ave., Healdsburg, CA 95448
info@spicyvines.com
www.spicyvines.com
(707) 927-1065

---

info@spicyvines.com <info@spicyvines.com>          Tue, Nov 29, 2022 at 7:04 PM
To:

*Spicy Vines*

We know you just can't wait to get your upcoming shipment of Spicy Vines! Your wine is currently being packed and will be shipped out soon. Below is the tracking information for your order.

**Shipping Address**

Mason, MI 48854

**Shipping Method**
Order Delivery By: UPS - Ground
Shipped On: 11/29/2022
Click to Track your Shipment

**Package Shipping Details**

| Package Name | Weight | Tracking Code |
|---|---|---|
| 1-2018 Zinfandel | 4.00 lbs |  |

**Products in Order**

| Item | Quantity |
|---|---|
| 2018 Zin Master, Zinfandel, Dry Creek Valley | 1 |

441 Healdsburg Ave., Healdsburg, CA 95448
info@spicyvines.com
spicyvines.com
(707) 927-1065

**EXHIBIT 2**