

**EXHIBIT 3**